UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDDIE A. RODRIGUEZ,

                Plaintiff,

    -against-

MICHAEL J. ASTRUE, Commissioner,
of Social Security,

                Defendant.
------------------------------------------------------------X

07 **CIVIL** 3309 (HB)

**JUDGMENT**

**SCANNED**

    The parties having cross-moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), and the said motions having come before the Honorable Harold Baer Jr., United States District Judge, and the Court thereafter, on May 14, 2008 having rendered its Opinion and Order denying plaintiff's motion for judgment on the pleadings and granting plaintiff's motion for judgment on the pleadings, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated May 14, 2008, plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
        May 15, 2008

                                              **J. MICHAEL McMAHON**
                                                **Clerk of Court**
                       **BY:**

                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____